· ■  SARAH LEVINE et al., Respondents, v. MAX SIMON et al., Appellants, et al., Defendant.— On the call of the calendar, appeal dismissed; there being no appearance for appellants and appellants having failed to comply with an order of this court, dated January 19, 1961, requiring them to perfect their appeal for the March 1961 Term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■  LESLIE J. MAYNARD, an Infant, by GEORGE MAYNARD, Her Guardian ad Litem, Appellant, v. EUGENE E. SCHWARZ, Respondent.— Motion by defendant-respondent to seal all the papers on plaintiff's pending appeal from an order dated January 19, 1961, granted. Motion by defendant-respondent to dismiss part of the appeal, denied, with leave to renew on the argument of the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■  LONIE C. MURRAY, Respondent, v. McLEAN TRUCKING COMPANY, Appellant.— Motion by plaintiff-respondent to: (1) direct defendant-appellant to include in its papers on appeal from an order of the Supreme Court, Kings County, entered June 27, 1960 (denying its motion to dismiss for lack of prosecution), the appeal record on a prior appeal in this action (*Murray* v. *McLean Trucking Co.*, 5 A D 2d 780); and (2) dismiss the appeal from said order because of appellant's failure to serve its papers on appeal as required by rule 234 of the Rules of Civil Practice. Motion denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■  LONIE C. MURRAY, Appellant, v. McLEAN TRUCKING COMPANY, Respondent.— Motion by defendant-respondent to dismiss plaintiff-appellant's appeal from order of the Supreme Court, Kings County, entered August 26, 1960, denying his (plaintiff's) motion for summary judgment; the motion to dismiss being made on the ground that plaintiff-appellant has failed to prosecute said appeal. Motion granted; appeal dismissed, without costs. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

· ■  NAJEAN BUILDERS, INC., Appellant, v. HARBOR BAY REALTY Co., et al., Respondents.— Motion by appellant for a stay of all proceedings, denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■  DAVID PETERMAN, as Trustee in Bankruptcy of IGNATIUS A. MONFORTE, et al., Respondents, v. IGNATIUS A. MONFORTE et al., Appellants.— Motion by appellants to extend time to perfect their appeal and to dispense with printing, granted. Appellants' time is extended to the May Term, commencing April 24, 1961; appeal ordered on the calendar for said term. The appeal will be heard on the original papers (including the original typed minutes and original exhibits) and on appellants' typewritten brief which shall include the opinion, if any, of the court below. Appellants shall file six copies of their typewritten brief on or before April 5, 1961. At the same time appellants shall serve upon respondents one copy of said brief together with the original minutes and exhibits. The original minutes and exhibits shall be submitted upon the argument of the appeal. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAIAH ARUZ, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Motion by appellant for an enlargement of time granted; appellant's time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.